UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **EDILBERTO P. MENDOZA,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:13-CV-1626-L** |
| | § | |
| **4H4RI TX DFW LLC**, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings,

Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 21,

2013, recommending that it be dismissed without prejudice, pursuant to Federal Rule of Civil

Procedure 41(b), for failure to prosecute.  No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions

of the magistrate judge, the court determines that the findings and conclusions of the magistrate

judge are correct, **accepts** them as those of the court, and **dismisses** this action **without prejudice**.

**It is so ordered** this 8th day of July, 2013.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**